MARIE JOHNSEN, Respondent, v. STATEN ISLAND HOSPITAL, INC., Appellant.— The action is by plaintiff, a practical nurse, to recover for injuries suffered while accompanying to the hospital a woman who had taken her daughter to the hospital and left her there as a patient. On the way out plaintiff fell, due to the old, worn, defective and slippery condition of the linoleum in one of the corridors. (See 265 N. Y. 658.) The defendant claims exemption from liability on the ground that it is a charitable corporation. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

JEAN KELLS, Respondent, v. MARIE HAKE and ELENOR HAKE, Also Known as ELENOR HOBBS, Appellants.— Action for slander. Judgment for plaintiff reversed on the facts and a new trial granted, costs to appellants to abide the event, unless within five days from the entry of the order herein the respondent stipulate to a judgment against the defendants in the sum of $500, without costs (Civ. Prac. Act, § 1474), instead of the judgment against each defendant in the sum of $1,000, in which event the judgment, as so modified, is unanimously affirmed, without costs. In our opinion, the award of damages was excessive, and in no event should damages have been awarded against each defendant. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

MARY BECHT LANGDON, Respondent, v. EDWARD P. LANGDON, Appellant.— Judgment of separation on the ground of abandonment and dismissing counter-claim based on similar grounds unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

EDWARD F. LAVIN, Respondent, v. GRACE LAVIN, Appellant.— Order denying defendant's motion to open a so-called default in appearing at a conference respecting the custody of a child of the parties affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ., concur.

NORA LUTFEY, Respondent, v. BEDER & BEDER, INC., Appellant. (Appeal No. 1.) LOUIS LUTFEY, Respondent, v. BEDER & BEDER, INC., Appellant. (Appeal No. 2.)— Orders vacating and setting aside the settlements and discontinuance of both actions and restoring the cases to the calendar affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ., concur. [See ante, p. 631.]

MALBA ASSOCIATION, Respondent, v. THERESE V. HYNDS, Appellant.— Appeal, with leave of this court, from an order of the Appellate Term which affirmed an order of the City Court, County of Queens, granting, upon reargument, plaintiff's motion to set aside the verdict of a jury in favor of the defendant and to grant a new trial. Order of the Appellate Term unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ.